IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **COMPANION LIFE INSURANCE COMPANY,** | ) ) ) | |
| **Plaintiff,** | ) ) | **8:09CV342** |
| v. | ) ) ) | **ORDER** |
| **JILL CHANEY and KRISTA CROSBY,** | ) ) | |
| **Defendants.** | ) ) | |

This matter comes before the Court on Plaintiff Companion Life Insurance Company's ("Companion Life") Unopposed Motion for Leave to Deposit Into Court (Filing No. 11) in the above matter. Upon review of the Motion, and being fully advised in the premises,

**IT IS ORDERED** that Companion Life's Motion for Leave is granted, and that Companion Life will deposit $25,000.00 with the Court pursuant to Fed. R. Civ. P. 67. The Clerk is directed to deposit the aforementioned funds into an interest-bearing account until further order of this court pursuant to 28 U.S.C. § 2041 and NECivR 67.1.

**IT IS FURTHER ORDERED** that Companion Life shall be dismissed from this action and absolved and discharged from any further liability related to the proceeds due under the Voluntary Group Term Life Insurance policy, Group Number 908-05-45065-902, for Ronald E. Crosby.

DATED this 23rd day of December, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge, United States District Court