UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COMPANION LIFE INSURANCE COMPANY ) | 8:09CV342 |
| ) | |
|     PLAINTIFF, ) | |
| ) | |
| VS. ) | **ORDER** |
| ) | |
| JILL CHANEY and KRISTA CROSBY, ) | |
| ) | |
|     DEFENDANTS. ) | |

This matter came before the Court on Defendant and Cross Claimant Krista Crosby's Motion for Withdrawal of Funds. Upon review of the Motion, and being fully advised in the premises,

**IT IS ORDERED** that the $25,000.00 deposited in the Court and subsequently deposited into an interest bearing account on December 23, 2009 pursuant to Federal Rule of Civil Procedure 67 be released to Defendant and Cross Claimant Krista Crosby.

DATED: July 26, 2010.

                                                    BY THE COURT:

                                                    *s/ Joseph F. Bataillon*
                                                    Chief Judge, United States District Court